

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-15-00596-CR

Isidro Espinosa **SOLIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The State's brief was originally due June 14, 2017; however, the court granted appellant an extension of time to file the brief until July 14. The State has filed a motion requesting until August 14, 2017, to file the brief.

We **grant** the motion and order the brief due **August 14, 2017** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.



Luz Estrada
Chief Deputy Clerk